ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA,
  Ex rel. John Doe,

*Petitioner,*

v.

TANYA S. CHUTKAN, in her official capacity
  as a United States District Judge for the District of Columbia, and
MERRICK B. GARLAND, in his official capacity
  as Attorney General of the United States,

*Respondents.*

RECEIVED
Mail Room
DEC - 9 2024
Angela D. Caesar, Clerk of Court
U.S. District Court, District of Columbia

Case: 1:24–cv–03470
Assigned To : Unassigned
Assign. Date : 12/9/2024
Description: Pro Se Gen. Civ. (F–DECK)

## COMPLAINT

Comes now, Petitioner **JOHN DOE**, *in propria persona* and in a relational capacity, hereby requesting relief in the nature of mandamus to ensure timely prosecution of federal crimes for which former President Donald J. Trump stands accused in this District, and a declaration that he is ineligible to serve as President as a matter of law.

### INTRODUCTION

This entire case turns on a proposition of Anglo-American law older than our Republic, distilled to a sentence by Judge Richard Arnold: **"The judicial power to determine law is a power only to determine what the law is, <u>NOT to invent it</u>."** *Anastasoff v. United States*, 223 F.3d 898, 901, *vacated as moot*, 234 F.3d 1054 (8th Cir. 2000) (emphasis added). And if the five hundred years' worth of uncontested precedent supporting that statement (as out- lined in appropriate detail in the accompanying Emergency Motion for Declaratory Relief) is no longer of any moment in this Court, then it ceases to be a court.

1



Citing legislative history that should have been dispositive, *Anderson v. Griswold*, 543 P.3d 283, 322 (Colo. 2023) (quoting the *Congressional Globe*), the Colorado Supreme Court held that Donald J. Trump "was disqualified from holding the office of President under Section Three of the Fourteenth Amendment to the United States Constitution." *Id.* While six Justices of the Supreme Court subsequently declared, without appropriate evaluation of the text of the provision, its legislative history, or its original public meaning, that he is eligible to ascend to the Presidency, *Trump v. Anderson*, 601 U.S. 100 (2024), the Constitution does not and as such, **they had no lawful authority to rule as they did**.




America's greatest constitutional scholar, the redoubtable Charles Schulz, summarizes this case in two slides. Either the Constitution means something, or it doesn't. And quite literally, the fate of our Constitution depends on whether YOU—*"Judge Lucy"*—will hold the football down. If you don't, this petition is an exercise in futility, and it will serve as an epitaph for the rule of law.

The Framers left the citizenry with a robust toolbox with which to keep our authorized agents' actions within the lawful bounds of their agency. The first is the common law right to mandamus relief. Quite "literally, the language of [28 U.S.C.] § 1361 would allow a district court to issue mandamus directly against the Justices of the Supreme Court themselves." *Panko v. Rodak*, 606 F.2d 168, 171 & n. 6 (7th Cir. 1979). Congress "meant what they said and said what they meant," *Connecticut Nat'l. Bank v. Germain*, 503 U.S. 249, 253-54 (1992) (Thomas, J; collecting 200 years' worth of cases), and "[a]bsent a clearly expressed legislative intention to the contrary, that language must ordinarily be regarded as conclusive." *Consumer Product Safety Commission v. GTE Sylvania, Inc.*, 447 U.S. 102, 109 (1980).

The second is the citizen's common law right to conduct private criminal prosecutions. From time immemorial, it has been the common duty of every Englishman—including the King—to 'keep the King's peace', and one of the tools handed down was the right of any subject—now, citizen—to enforce the law by prosecuting criminals. As Canada's Department of Justice observes, the right (and duty) to initiate a **private criminal prosecution** is one of those common law safeguards—"a valuable constitutional safeguard against inertia or partiality on the part of authority," *Gouriet v. Union of Post Ofc. Workers* [1978] A.C. 435, 477 (H.L.) (Canada)—flourishing a pedigree as old as the common law itself. "One of the ultimate sanctions [of the common law] is the right of private persons to lay informations and bring prosecutions," *Lund v Thompson* [1958] 3 All E.R. 356, 358, and it is a well-established principle of statutory construction that "**[t]he common law ... ought not to be deemed to be repealed, unless the language of a statute be clear and explicit for this purpose.**" *Fairfax's Devisee v. Hunter's Lessee*, 11 U.S. 603, 623 (1813) (emphasis added).

"Statutes which invade the common law ... are to be read with a presumption favoring the retention of long-established and familiar principles, except when a statutory purpose to the contrary is evident [and] to abrogate a common-law principle, the statute must 'speak directly' to the question addressed by the common law." *United States v. Texas*, 507 U.S. 529, 534 (1993) (quotations and citations omitted). As Justice Scalia openly acknowledges, the question of whether this tool is still available has never been authoritatively resolved. *Young v. United States ex rel. Vuitton et Fils S.A.*, 481 U.S. 787, 816 and n. 2 (1987) (Scalia, J., concurring in part). And as it is an unenumerated fundamental right, *U.S. Const. amend. IX-X*, essential to the preservation of liberty, not even Congress would have authority to extinguish it. *A fortiori*, it is beyond the judiciary's power to do so.

Petitioner has no personal desire to pursue this matter. But as it is substantially certain that as a virulently partisan Attorney General will decline to prosecute Mr. Trump for the good of the Party, We the People must be ready to prosecute for the good of the nation.

The final remedy is enforcement of Article III "good Behaviour" tenure. This facially opaque term was defined with remarkable precision by centuries of common law.[1] To not put too fine a spin on it, if an officer enjoying good behavior tenure refuses to do his job in

---

[1] Good behavior tenure, and use of the writ of *scire facias* to enforce it, is almost as old as Magna Carta. The writ itself can be traced to the early fourteenth century; it was used to punish abuses of office since the reign of Edward VI. 2&3 Edw. 6, c. 8, §13 (ca. 1540). And even one transgression was sufficient to warrant removal: "Every voluntary act done by an officer contrary to that which belongs to his office is a forfeiture of that office." *Henry v. Barkley* [1596] 79 Eng. Rep. 1223, 1224 (K.B.).

Technically, the *scire facias* was a writ of the King. But as this power concerned only the interests of his subjects, and the King exercised it purely *in parens patriae*, he was bound by law to allow the use of it to any subject interested. Blackstone explains:

> WHERE the crown hath unadvisedly granted any thing by letters patent, which ought not to be granted, or where the patentee hath done an act that amounts to a forfeiture of the grant, the remedy to repeal the patent is by writ of scire facias in chancery. This may be brought either on the part of the king, in order to resume the thing granted; or, if the grant be injurious to a subject, the king is bound of right to permit him (upon his petition) to use his royal name for repealing the patent in a scire facias.

3 Wm. Blackstone, *Commentaries on the Laws of England* 260-61 (1765); *see, United States v. American Bell Tel. Co.*, 28 U.S. 315, 360 (1888) (explaining the process).

4

even one case, he loses his job. As violations of good behavior tenure are coterminous with violations of the judicial oath, 28 U.S.C. § 455, every judge is on fair notice of what constitutes a firing offense. See generally, Raoul Berger, *Impeachment of Judges and "Good Behavior" Tenure,* 79 Yale L.J. 1475 (1970). As alleged in detail, the conservative wing of the Supreme Court have committed unprecedented abuses of their high offices. But as this involves a separate lawsuit, this is only mentioned here for sake of completeness.

## PARTIES

1. Petitioner JOHN DOE is and has been an American citizen for all times pertinent to this action.

2. Respondent TANYA S. CHUTKAN is a United States District Judge for the District of Columbia, sued here in her official capacity.

3. Respondent MERRICK B. GARLAND is Attorney General of the United States, sued here in his official capacity.

## JURISDICTION AND VENUE

4. Jurisdiction is conferred by 28 U.S.C. § 1331.

5. Venue is proper, as all actions pertinent to this matter either occurred or will occur within this District.

## ALLEGATIONS OF FACT

6. On or about August 1, 2023, a grand jury indictment was entered in United States District Court for the District of Columbia against former President Donald J. Trump [hereinafter, "Mr. Trump"], alleging violation of four provisions of Title 18 of the United States Code.

7. The aforementioned matter was assigned to Respondent Chutkan, styled *United States v. Trump*, Case No. 1:23-cr-00257 (TSC) (D.D.C. 2023) [hereinafter, "Trump DC"].

8. Upon conducting a five-day trial on the merits, a Colorado court found by clear and convincing evidence that Mr. Trump engaged in insurrection, as that term is used in Section Three of the Fourteenth Amendment of the United States Constitution. *Anderson v. Griswold*, No. 23CV32577 (Dist. Ct., City & Cnty. of Denver, Nov. 17, 2023).

9. Citing legislative history that is facially dispositive,[2] the Colorado Supreme Court held that Mr. Trump "was disqualified from holding the office of President under Section Three of the Fourteenth Amendment to the United States Constitution." *Anderson v. Griswold*, 543 P.3d 283, 322 (Colo. 2023).

10. There is no support in precedent or logic for the proposition that a constitutional provision must be activated by formal legislation to become effective. *E.g., United States v. Stanley (Civil Rights Cases)*, 109 U.S. 3, 20 (1883) ("the Thirteenth amendment, as well as the Fourteenth, is undoubtedly self-executing without any ancillary legislation"), *City of Boerne v. Flores*, 521 U.S. 507, 524 (1997) (Fourteenth); *South Carolina v. Katzenbach*, 383 U.S. 301, 325 (1966) (Fifteenth); *see, Jacobs v. United States*, 290 U.S. 13, 16 (1933) (Fifth Amdt. takings clause is an implied waiver of sovereign immunity); *cf., Barron ex rel.*

---

[2] In concluding that the Amendment covered the President, The *Anderson* majority wrote:

> "Senator Reverdy Johnson worried that the final version of Section Three did not include the office of the Presidency. He stated, "[T]his amendment does not go far enough" because past rebels "may be elected President or Vice President of the United States." Cong. Globe, 39th Cong., 1st Sess. 2899 (1866). So, he asked, "why did you omit to exclude them? I do not understand them to be excluded from the privilege of holding the two highest offices in the gift of the nation." Id. Senator Lot Morrill fielded this objection. He replied, "Let me call the Senator's attention to the words 'or hold any office, civil or military, under the United States.'" *Id.* This answer satisfied Senator Johnson, who stated, "Perhaps I am wrong as to the exclusion from the Presidency; no doubt I am; but I was misled by noticing the specific exclusion in the case of Senators and Representatives." *Id.* This colloquy further supports the view that the drafters of this Amendment intended the phrase "any office" to be broadly inclusive, and certainly to include the Presidency."

*Anderson v. Griswold*, 543 P.3d 283, 322 (Colo. 2023). Another potential ambiguity resolved.

*Tiernan v. Mayor of Baltimore*, 32 U.S. 243 (1833) (Bill of Rights originally not enforceable as against the States—by design).

11. The dispositive question in the matter styled *Trump v. Anderson* before the Supreme Court was whether Section 3 of the Fourteenth Amendment is self-executing; the answer was provided by Chief Justice Marshall, in the first case we all studied in law school:

> The constitution is either a superior paramount law, unchangeable by ordinary means, or it is on a level with ordinary legislative acts, and, like other acts, is alterable when the legislature shall please to alter it.
>
> If the former part of the alternative be true, then a legislative act contrary to the constitution is not law: if the latter part be true, then written constitutions are absurd attempts, on the part of the people, to limit a power in its own nature illimitable.

*Marbury v. Madison*, 5 U.S. 137, 177 (1803).

12. According to the Senator who introduced the Fourteenth Amendment to that body, Section Five of the Fourteenth Amendment was remedial in scope, "enabl[ing] Congress, in case the State shall enact laws in conflict with the principles of the amendment, to correct that legislation by a formal congressional enactment." *Cong. Globe*, 39th Cong., 1st Sess., 2768 (1868) (statement of Sen. Jacob M. Howard (R-MI)).

13. In the majority opinion, five of the Conspiring Justices[3] quoted from the paragraph quoted above and as such, they were on notice as to the Amendment framers' intent that the Fourteenth Amendment be self-executing. *Trump v. Anderson*, No. 23–719, 601 U.S. ___ (2024), slip op. at 5.

14. In a recent concurrence, Justice Clarence Thomas warranted to the public that when deciding cases, the Justices "are not entitled to interpret the Constitution to align it with our

---

[3] The "Conspiring Justices" are Chief Justice John G. Roberts, Jr. and Justices Clarence Thomas, Samuel A. Alito, Neil M. Gorsuch, Brett M. Kavanaugh, and Amy Coney Barrett, who, on information and belief, have knowingly and consciously used their high offices to "hinder or prevent [convicted felon Mr. Trump's] apprehension, trial or punishment." 18 U.S.C. § 3.

personal sensibilities," *Gamble v. United States,* 587 U.S. 678, 139 S.Ct. 1960, 1980 (2019)

(Thomas, J., concurring), further observing that

> A proper understanding of stare decisis in our constitutional structure requires a proper understanding of the nature of the "judicial Power" vested in the federal courts. That "Power" is—as Chief Justice Marshall put it—the power "to say what the law is" in the context of a particular "case" or "controversy" before the court. Phrased differently, the "judicial Power" "is fundamentally the power to decide cases in accordance with law." It refers to the duty to exercise "judicial discretion" as distinct from "arbitrary discretion."

Id. at 1982 (citations omitted).

15. Every one of the Conspiring Justices has echoed the above-referenced understanding in their expressions of judicial philosophy in job interviews before the Senate and other fora.

16. Based on their statements, the public had a right to expect that Conspiring Justices would look to the text of the Constitution, its legislative history, and its original public meaning to answer questions placed before them.



17. Prior to their decision in *Trump v. Anderson,* the Conspiring Justices have ~~taken lavish bribes~~ received "gifts" of staggering size[4] from oligarchs with business before the Court.

---

[4] While the Conspiring Justices are for sale, they certainly don't come cheap. The steady stream of thinly-disguised bribes—*developer Harlan Crow is that generous with all of his friends, right?*—aimed at Justice Thomas includes a $500,000 cash payment to Thomas' wife, an undisclosed number of trips on Crow's yacht and private jet, a $175,000 library wing named in his honor, several million to turn the cannery his mother once worked for into a museum— *a project reportedly initiated by Thomas himself*—and the Bible of firebrand Black abolitionist Frederick Douglass, valued at $19,000. Mike McIntire, The Justice and the Magnate, *N.Y. Times,* Jun. 19, 2011, at A-1. Whether it involves attending secretive junkets offered by the Federalist Society, taking a bribe from a litigant, or duck hunting with a litigant during the pendency of a case, *Cheney v. United*

8

18. On information and belief, the steady stream of "gifts" would dry up if the Conspiring Justices were no longer able to wield majority power on the Court, which a Democratic win in the 2024 elections threatened.

---

*States Court of App. for the District of Columbia*, 541 U.S. 913 (2004) (Scalia, J., memo), the Roberts Court is more compromised than the average Congressman.

BribeFest has been underway in earnest for twenty-five years. Clarence Thomas' Private Complaints About Money Sparked Fears He Would Resign, *ProPublica*, Dec. 18, 2023, https://www.propublica.org/article/clarence-thomas-money-complaints-sparked-resignation-fears-scotus. Clarence and Ginni Thomas just couldn't make it on a measly $500,000/year in today's dollars and needed some folding cash ("The month before, the justice had borrowed $267,000 from a friend to buy a high-end RV."). Desperate to retain their ideological majority on the Court, conservative oligarchs devised schemes designed to fatten Justices' bank accounts. *E.g.*, Frank Rich, Nobody Knows the Lynchings He's Seen, *N.Y. Times*, Oct. 7, 2007 ($1.5M advance for Justice Thomas autobiography, "My Grandfather's Son"); Antonin Scalia, Form AO-10 (for Calendar Year 2004) at 4 (lavish vacation in Auckland, NZ from Oct. 19-27, 2004).

And it is no longer even subtle. Through a relentless campaign of bribery, our Supreme Court "Justices" have permitted their once-august body to become an unelected and unaccountable wholly owned subsidiary of the Republican Party. Sheldon Whitehouse, *The Scheme: How the Right Wing Used Dark Money to Capture the Supreme Court* (2022). When it comes to judicial grift, "Clarence Sale" Thomas is the undisputed G.O.A.T., but it seems that everybody who is anybody in conservative judicial circles is on the gravy train. And they don't even have the decency to tell us about conflicts, much less recuse. *E.g.*, Kate Aronoff, Billionaire Poised to See Return on Investment in Neil Gorsuch, *The New Republic*, Jan. 16, 2024. Gorsuch did not recuse. Robert El-Jaouhari, Highlights from Oral Argument in Loper Bright Enterprises v. Raimondo, Cranfill Sumner LLP, Jan. 18, 2024, at https://www.cshlaw.com/resources/highlights-from-oral-argument-in-loper-bright-enterprises-v-raimondo/. See also, the serendipitous purchase of Gorsuch's hunting lodge by the law firm of famed legal felon Jack Abramoff: "The Supreme Court justice did not report the identity of the purchaser, whose firm has had numerous cases before the court." Heidi Przybyla, Law firm head bought Gorsuch-owned property, *Politico*, Apr. 25, 2023, at https://www.politico.com/news/2023/04/25/neil-gorsuch-colorado-property-sale-00093579.

One of the most common bribe conduits is the tender of book advances of staggering size. Who on Earth would pay the newest Supreme Court justice $2,000,000 to tell us "how judges compartmentalize their personal feelings" in rulings? Jake Lahut, Supreme Court Justice Amy Coney Barrett gets $2 million advance for a book deal, according to new report, *Business Insider*, Apr 19, 2021, at https://www.businessinsider.com/amy-coney-barreett-book-advance-2-million-supreme-court-2021-4. No matter where you go, the money trail has a consistent odor. Brett Kavanaugh (mysterious debt payments). "Who made the down payment on his house? How did he come up with $92,000 in country club fees?" Stephanie Mencimer, The Many Mysteries of Brett Kavanaugh's Finances, *Mother Jones*, Sept. 13, 2018, at https://www.motherjones.com/politics/2018/09/the-many-mysteries-of-brett-kavanaughs-finances/. Amy Coney Barrett (record book advance). Samuel Alito (hedge fund manager Paul Singer, with frequent business before the Court). [4] "In the years after the undisclosed trip to Alaska, Republican mega-donor Paul Singer's hedge fund has repeatedly had business before the Supreme Court. Alito has never recused himself." Justin Elliot, Justice Samuel Alito Took Luxury Fishing Vacation With GOP Billionaire Who Later Had Cases Before the Court, *ProPublica*, Jun. 20, 2023. (And remember, "gratuities aren't bribes!"). John Roberts (via BigLaw headhunter wife Jane). For the average man, the United States Supreme Court does not exist; you even want to get your foot in the door of One First Street, YOU HAVE TO *PAY THE LADY*! Mattathias Schwartz, Jane Roberts, who is married to Chief Justice John Roberts, made $10.3 million in commissions from elite law firms, whistleblower documents show, *Business Insider*, Apr 28, 2023, at https://www.businessinsider.com/jane-roberts-chief-justice-wife-10-million-commissions-2023-4. (Really, Jane? "They came to me," my left foot!!!)

9

19. On information and belief, as the Conspiring Justices had an enormous and obvious financial interest in ensuring that the Republican Party stayed in power, *Trump v. Anderson* was *coram non judice*. *Cf., United States v. Alcoa*, 148 F.2d 416 (2d Cir. 1945) (the Supreme Court could not muster a quorum due to the Justices' financial conflicts).

20. On information and belief, despite the Conspiring Justices' statutory obligation to recuse—28 U.S.C. § 455(b) applies to ALL Article III judges, INCLUDING "JUSTICES"—the Conspiring Justices voted to advance their own personal financial self-interest in a transparent effort to preserve Mr. Trump's candidacy.

21. Despite being statutorily required to recuse themselves due to financial conflicts and wielding a power that even Chief Justice Roberts admits he did not possess,[5] the Conspiring Justices issued a decree in *Trump v. Anderson* that bore no indicia of a legitimate judicial decision,[6] effectively writing Section 3 of the Fourteenth Amendment out of existence.

22. In the matter of *Trump v. United States*, 603 U.S. 593 (2024), the Conspiring Justices granted the President a breathtaking immunity from criminal liability for any and all lawless

---

[5] *Cf., Nat. Fedn. of Indep. Business v. Sebelius*, 567 U.S. 519, 132 S.Ct. 2566, 2579 (2012) (per Roberts, C.J.) ("Members of this Court are vested with the authority to interpret the law; we possess neither the expertise nor the prerogative to make policy judgments. Those decisions are entrusted to our Nation's elected leaders, who can be thrown out of office if the people disagree with them."). While Justice Jackson famously quipped that "We are not final because we are infallible, but we are infallible only because we are final," *Brown v. Allen*, 344 U.S. 443, 540 (1953) (Jackson, J., concurring), this presupposes that the Justices are interpreting the law, as opposed to rewriting it *sua sponte* to advance their own personal interests, as the 'judicial Power' 'is fundamentally the power to decide cases in accordance with law.'" *Gamble*, 139 S.Ct. at 1982.

[6] The Conspiring Justices' decision in *Trump v. Anderson* was made on policy grounds, in derogation of the text of the Constitution, its legislative history, its original public meaning, and a century of precedent, and is therefore illegitimate. Justice Breyer elaborates:

> Judges do not simply announce a legal conclusion. They reason their way to that conclusion in an opinion written for all to see. The obligation to provide legally defensible reasoning in a publicly accessible format prevents a judge from escaping accountability. Indeed, a good judicial opinion is transparent and informative. It shows that the decision is principled and reasoned. The strength of this reasoning matters.

Stephen Breyer, *Making Our Democracy Work: A Judge's View* 83 (2010). The Breyer standard is not just a statement of best practices, but what we have a constitutional right to demand from our courts. To be legitimate, a decision should be traceable to the Constitution or statutory law; a written opinion should evidence that fact.

acts taken while serving as President, which, on information and belief, cannot possibly be found in the plain text of the Constitution, its penumbrae, or emanations, Antonin G. Scalia, *Historical Anomalies in Administrative Law*, Y.B. Supreme Court Hist. Soc'y. 103 (1985), and has no "grounding in constitutional text, history, or precedent," *Dobbs v. Jackson Women's Health Organization*, 597 U.S. 215, 280 (2022), their stated judicial philosophy,[7] or canons of common sense.

23. On information and belief, the Conspiring Justices rendered this decree in furtherance of a scheme which one of its principal architects, Heritage Foundation president Kevin Roberts, openly refers to as a *coup d'état*: "'In spite of all this nonsense from the left, we are going to win. We're in the process of taking this country back,' Roberts said. 'We are in the process of the second American Revolution, **which will remain bloodless, if the left allows it to be.**'" Flynn Nicholls, Project 2025 Leader Promises 'Second American Revolution', *Newsweek*, Jul. 3, 2024 (emphasis added).

24. The Conspiring Justices' facially criminal course of conduct has had the direct effect of "hinder[ing] or prevent [convicted felon Mr. Trump's] apprehension, trial or punishment." 18 U.S.C. § 3, including a significant delay in his sentencing in New York.

25. On or about November 25, 2024, Special Counsel Jack Smith submitted a paper styled "Government's Motion to Dismiss," averring in pertinent part:

> As a result of the election held on November 5, 2024, the defendant, Donald J. Trump, will be inaugurated as President on January 20, 2025. It has long been the position of the Department of Justice that the United States Constitution forbids the federal indictment and subsequent criminal prosecution of a sitting President. But the Department and the country have never faced the circumstance here, where a federal indictment against a private citizen has been returned by a grand jury and a criminal prosecution is already underway when the defendant is elected President. ... After careful

---

[7] *E.g.*, Lawrence Hurley, 'Originalism is a dead letter': Supreme Court majority accused of abandoning legal principles in Trump immunity ruling, *NBC News*, Jul. 2, 2024, at https://www.nbcnews.com/politics/supreme-court/originalism-dead-letter-supreme-court-majority-accused-abandoning-lega-rcna159945.

11

consideration, the Department has determined that OLC's prior opinions concerning the Constitution's prohibition on federal indictment and prosecution of a sitting President apply to this situation and that as a result this prosecution must be dismissed before the defendant is inaugurated.

Trump DC, Doc. #285 at 1.

26. Pursuant to Special Counsel Smith's unopposed Motion, Respondent Chutkan dismissed the indictment without prejudice. Trump DC, Doc. #283.

27. On information and belief, Respondent Garland is the custodian of all evidence gathered in connection with the criminal prosecutions of Mr. Trump and his co-conspirators.

28. On information and belief, it is substantially certain that a Republican-controlled Department of Justice would not prosecute Mr. Trump or any of his co-conspirators. See, Mandate for Leadership: The Conservative Promise (Heritage Foundation, 2023), at 545-579, https://static.project2025.org/2025_MandateForLeadership_FULL.pdf.[8]

---

[8] History books tend to be written by the winners, see George Orwell, Nineteen Eighty-Four (1949). As is the case with all fascist regimes, the Trump regime will aggressively attempt to rewrite history:

> The Federal Bureau of Investigation, knowing that claims of collusion with Russia were false, collaborated with Democratic operatives to inject the story into the 2016 election through strategic media leaks, falsified Foreign Intelligence Surveillance Act (FISA) warrant applications, and lied to Congress.

Mandate for Leadership at 545-46 (citing flagrantly partisan opinion pieces).

The better view is that Mr. Trump's criminal coordination with the regime of Vladimir Putin is proven by the clear weight of the evidence, See e.g., Jed H. Shugerman, The Trump Campaign Conspired With the Russians. Mueller Proved It., *N.Y. Times*, Apr. 25, 2019 (critiquing Mueller Report), but Special Counsel Mueller's team was stymied by active obstruction of justice. See e.g., Andrew E. Kramer, Ukraine, Seeking U.S. Missiles, Halted Cooperation With Mueller Investigation, N.Y. Times, May 2, 2018 (trading Javelin missiles for favors); Murray Waas, Ukraine Continued: How a Crucial Witness Escaped, *The New York Review* [paywall], Oct. 8, 2019 ("A classified State Department assessment concluded that Ukraine's former Prosecutor General Yuri Lutsenko—who is at the center of the impeachment inquiry of President Trump—allowed a vital potential witness for Special Counsel Robert Mueller, Konstantin Kilimnik, to escape from Ukraine to Russia, beyond the reach of the United States."); Katelyn Polantz, Mueller confirms Kilimnik a focus of grand jury investigation, *CNN*, Jan. 16, 2019.

After Mueller, the Senate Intelligence Committee filled in most of the blanks. Russian Active Measures: Campaigns and Interference in the 2016 Election, Vol. 5, *Senate Select Intelligence Committee*, Nov. 10, 2020, at https://www.intelligence.senate.gov/sites/default/files/documents/report_volume5.pdf.

29. On information and belief, it is substantially certain that, should he ascend to the Presidency, Mr. Trump would order the destruction of documents which incriminate him. E.g., Greg Miller, Trump has concealed details of his face-to-face encounters with Putin from senior officials in administration, *Wash. Post*, Jan. 13, 2019; Jonathan Allen, Flushed or just lost to history? Trump leaves hole in the record, *NBC News*, Feb. 13, 2022; Gustaf Kilander, Trump would eat torn up documents in the Oval Office, ex-White House aide claims, *The Independent (U.K.)*, Feb. 9, 2022, https://www.independent.co.uk/news/world/americas/us-politics/trump-eat-documents-paper-omarosa-b2010616.html.

30. On information and belief, Mr. Trump suffers from semantic dementia,[9] a progressive malady which is likely to render him unfit to stand trial after January of 2029.

---

[9] Peter Baker and Dylan Freedman, Trump's Speeches, Increasingly Angry and Rambling, Reignite the Question of Age, *N.Y. Times*, Nov. 6, 2024 (computer analysis of speeches); *see generally*, Bandy X Lee, et al., The More Dangerous Case of Donald Trump: 40 Psychiatrists and Mental Health Experts Warn Anew (World Mental Health Coalition, Inc., 2024).

Many of Trump's associates have reportedly called his intelligence into question. Former White House chief strategist Steve Bannon said in November 2017 that Trump was "like an 11-year-old child." At a dinner in July 2017, McMaster mocked Trump, also calling him an "idiot," BuzzFeed News reported. At the dinner, which was with Oracle CEO Safra Catz, McMaster also said Trump was a "dope" with the intelligence of a "kindergartner," according to that report. Former Secretary of State Rex Tillerson in July 2017 called Trump a "moron." Both Treasury Secretary Steven Mnuchin and former chief of staff Reince Priebus called Trump an "idiot," Wolff wrote. Former economic adviser Gary Cohn said Trump was "dumb as shit." Defense Secretary Mattis said Trump had the understanding of "a fifth- or sixth-grader." https://www.politico.com/story/2018/09/04/trumps-insults-idiot-woodward-806455

**But the younger Donald Trump was not a stupid man.**

As Dr. John Gartner observes, while the younger Trump spoke in polished paragraphs, today's Trump "is cognitively deteriorated. He's showing signs of dementia...His vocabulary is impoverished." *Trump's Cognitive Decline* (YouTube video), Sep. 21, 2020, at https://www.youtube.com/watch?v=5axgsXtwHMc (out-take from *Unfit: The Psychology of Donald Trump* (2020). The literature appears to confirm this:

> "One of the cardinal features of semantic dementia (SD) is a steady reduction in expressive vocabulary. ... Relative to healthy controls, patients were less likely to produce low-frequency, high-imageability words, and more likely to produce highly frequent, abstract words. ... As conceptual knowledge degrades, speech increasingly consists of general terms that can be applied in a broad range of linguistic contexts and convey less specific information."

P. Hoffman, *et al.*, Broadly speaking: vocabulary in semantic dementia shifts towards general, semantically diverse words, 55 *Cortex* Jun. 2014 30, at https://www.sciencedirect.com/science/article/abs/pii/S001094521200322X?via%3Dihub (unpaginated).

31. On information and belief, the pardon of a co-conspirator to a crime would violate 18 U.S.C. § 3, thereby opening any President doing so to criminal liability.

32. On information and belief, the Conspiring Justices effectively 'drove the getaway car,' granting an almost unlimited immunity from criminal prosecution that cannot be found in the Framers' Constitution so that he could immunize co-conspirators—*including them*--from liability for their participation in the coup.

33. On information and belief, Vice-President-Elect James David Vance entered into an agreement with Mr. Trump, under which Trump would resign from office in exchange for a pardon on all federal criminal charges, in furtherance of the aforementioned coup attempt.




On information and belief, the scope of this purported criminal scheme is, quite frankly, mind-boggling. It required the complicity and participation of legislators, e.g., Texts messages reveal Utah Sen. Lee's efforts to overturn 2020 election, PBS.org(AP), Apr. 16, 2022, https://www.pbs.org/newshour/politics/texts-messages-reveal-utah-sen-lees-efforts-to-overturn-2020-election, corrupt judges, fanatical underlings, think-tanks like the Heritage Foundation, https://www.project2025.org, a well-oiled propaganda machine, and foreign-born billionaires, Theodore Schleifer and Maggie Haberman, Elon Musk Backed Trump With Over $250 Million, Fueling the Unusual 'RBG PAC', N.Y. Times, Dec. 5, 2024, https://www.nytimes.com/2024/12/05/us/politics/elon-musk-trump-rbg-election.html, and malevolent dictators, Charles P. Pierce, Trump Media Got Millions in Loans from Foreign Sources with Russian Ties, *Esquire,* Mar. 15, 2023, https://www.esquire.com/news-politics/politics/a43329318/russian-investment-trump-media/, funding the criminal enterprise.

14

On information and belief, if Mr. Trump "turned State's evidence," he could implicate the powers behind the throne of this *coup d'état*.



With the late, great Congresswoman Jordan, my faith in the Constitution is absolute. My faith in those who administer it, not so much. Petitioner cannot stand by idly as that venerable document is raped and sodomized. Regrettably, this litigation has become essential.

The goal of this litigation is to preserve the work done by the Department of Justice in *United States v. Trump*, Case No. 1:23-cr-00257 (TSC) (D.D.C. 2023), and *United States v. Trump*, Case No. 9:23-cr-80101(AMC) (S.D.Fla. 2023), building on them to hold his co-conspirators accountable for any related criminal acts.

## PRAYER FOR RELIEF

Petitioner prays for the following relief:

A. A declaration from this Court that the Supreme Court's decrees in ***Trump v. Anderson***, 601 U.S. 100 (2024), and ***Trump v. United States***, 603 U.S. 593 (2024), are void as a matter of law and accordingly, that Mr. Trump is not currently[10] eligible to serve as President of the United States;

B. An Order issuing from this Court requiring Respondent Chutkan to grant Petitioner and his designated agents[11] unfettered access to a federal grand jury for the purposes of prosecuting Trump DC; and

C. An Order issuing from this Court requiring respondent Garland to preserve and make available any and all records in the Department of Justice's and Federal Bureau of

---

[10] Pursuant to Section 5 of the Fourteenth Amendment, the United States Congress may remove Mr. Trump's disability, if it so chooses.

[11] At the risk of stating the obvious, this case is too large for one person to prosecute. Petitioner intends to crowdfund the prosecution, hiring retired federal prosecutors to do the actual prosecuting.

Investigation's possession available to Petitioner and/or his designated agents for the purposes of prosecuting Trump DC.

As many of Mr. Trump's followers have demonstrated a penchant for malice, vindictiveness, and extreme violence, Petitioner has submitted his true name under seal.

Respectfully submitted this 7th day of December,

/s/
John Doe (pseudonym)
(address submitted under seal)

## SERVICE OF PROCESS

Copies of these papers have been served on the parties via First Class Mail, postage paid, along with a request for waiver of formal service.